UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEZHEN LIU,

                Plaintiff,

-against-

MAYOR ERIC ADAMS' ADMINISTRATION,

                Defendant.

1:25-CV-5119 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 28, 2025, the Court denied Plaintiff *in forma pauperis* ("IFP") status and directed Plaintiff, within 30 days, to pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. § 1914. The Court therefore denies all pending motions as moot. (ECF 4, 6, 7.)

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth above.

SO ORDERED.

Dated:  October 29, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge