UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEZHEN LIU,<br>Plaintiff,<br>-against-<br>MAYOR ERIC ADAMS' ADMINISTRATION,<br>Defendant. | 1:25-CV-5119 (LTS)<br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 29, 2025, and entered October 31, 2025, and by judgment dated and entered on October 31, 2025, the Court dismissed this action without prejudice. (ECF 9, 10.) Plaintiff has since filed: (1) an "Emergency Motion for Leave to Submit Audio Evidence and for Immediate Preservation" (ECF 11); (2) a letter requesting that the Court find Defendant and others in contempt (ECF 12); (3) a request for immediate injunctive relief with respect to this action and other actions that Plaintiff has brought in this court (ECF 14); (4) a request to speak to the undersigned in person (ECF 16).

The Court denies all of these requests for relief because this action was closed before Plaintiff filed the abovementioned submissions. The Court therefore directs the Clerk of Court to terminate ECF 11 and ECF 14.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 22, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge